SEATRAIN LINES, INC., PLAINTIFF-RESPONDENT, v. BOR-
OUGH OF EDGEWATER, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued March 1, 1983—Decided March 21, 1983.

Before Judges FRITZ, JOELSON and PETRELLA.

*Steven Muhlstock* argued the cause for appellant (*Melvin Gittleman,* attorney).

*Thomas E. Durkin, Jr.* argued the cause for respondent (*Dennis A. Durkin,* on the brief).

PER CURIAM.

We are persuaded, as was the Tax Court judge, that this matter is governed by the principles explicated in *Newark v. Central & Lafayette Realty Co., Inc.,* 150 *N.J.Super.* 18 (App. Div.1977), certif. den. 75 *N.J.* 528 (1977). To the extent that *Rothman v. River Edge,* 149 *N.J.Super.* 435 (App.Div.1977), certif. den. 75 *N.J.* 19 (1977), decided one day earlier than *Newark v. Central & Lafayette Realty Co., Inc.,* differs with the latter case, we prefer *Newark v. Central & Lafayette Realty Co., Inc.,* not because it is later in time but because we believe it to be the better reasoned case.

We affirm, 4 *N.J.Tax* 378, substantially for the reasons set forth by the Tax Court judge in his written determination of May 26, 1982.

PETRELLA, J.A.D. (dissenting).

Under the precise and peculiar circumstances presented by the facts in this case, I am persuaded that the reasoning in *Rothman*

*v. Borough of River Edge,* 149 *N.J.Super.* 435 (App.Div.1977), certif. den. 75 *N.J.* 19 (1977), should apply. Accordingly, I dissent and would reverse, allowing defendant an offset of the tax refund which would be otherwise due the bankrupt plaintiff of the amount of delinquent taxes owed with respect to plaintiff's ownership of the same property for subsequent years.